notice at the place and hour stated in the order. This is not a case where defendant should be compelled to furnish a bill of particulars, or plaintiff compelled to submit to an examination. As plaintiff does not appeal from that part of the order denying his motion to vacate, to that extent it must stand. Order directing defendant to accept service of plaintiff's bill of particulars affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

WESTCHESTER LAND EXCHANGE, INC., Appellant, v. MADDALENA DE MARTINI CUNEO, Respondent, and ANTONIO NEWTON CUNEO, Defendant.— Order granting referee's motion to vacate attachment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

HOWARD R. WICKHAM, Respondent, v. MINNIE WICKHAM and Others, Appellants.— Judgment and orders affirmed, with costs. No opinion. Rich, Kapper, and Carswell, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent in so far as the counterclaim is concerned and vote for a reversal of the judgment and for a new trial with respect thereto, upon the ground that the plaintiff was not competent to testify as to payments.

YONKERS WOODWORKING CO., INC., Respondent, v. JAMES CACCIATORE, Appellant.— Judgment of the City Court of Yonkers reversed upon the law and the facts, with costs, and complaint dismissed, with costs. There is no evidence that the driver of the truck was in defendant's employment, or that he had the express or implied consent of the defendant to operate the truck, or that he was in the performance of any duty for defendant at the time the accident occurred. Young, Kapper, Carswell, Scudder and Tompkins, JJ., concur.

In the Matter of the Application of GEORGE A. BARRY for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of the Application of GERSHON G. COHEN for Admission to the Bar. (From the State of New Hampshire.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of the Application of JOHN W. KELLY for Admission to the Bar. (From the State of Montana.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of the Application of ISADORE RUBEN KRYSTEL for Admission to the Bar. (From the State of Virginia.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of the Application of JESSE E. WILSON for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of the Application of MONTAGUE YOUNG for Admission to the Bar. (From the State of Florida.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

JOHN W. COLBY, Appellant, v. FELDORLO CORPORATION and KOPEL FELDMAN, Defendants, and HARRIS ORLOFSKY, Respondent.— On argument, order granting motion to dismiss complaint reversed upon the law and the facts, without costs, and motion denied, without costs, with leave to answer within ten days from service of a copy of the order herein. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.